# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS W. STAGEMEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 7:01CV5003 |
| vs. ) | |
| ) | ORDER |
| MIKE DOWLING, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Melanie J. Whittamore-Mantzios for leave to withdraw as defense counsel. Substitute counsel has entered an appearance for the defendant.

**IT THEREFORE IS ORDERED** that the Motion to Withdraw (#79) is granted.

DATED September 8, 2003.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**