## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | | |
|---|---|---|---|
| DOUGLAS W. STAGEMEYER, | ) | **COURTROOM WITNESS LIST** | |
| | ) | BEFORE: F.A. Gossett | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| v. | ) | | |
| | ) | Case: 7:01CV5003 | |
| MIKE DOWLING, | ) | Date: October 27-28-29, 2003 | |
| | ) | Deputy: Marian Lea Frahm | |
| Defendant. | ) | Court Reporter: Cindy Condon | |

**FOR PLAINTIFF:**

Name        Date

| Name | Date |
|---|---|
| Janet R. Bendler | October 27, 2003 |
| David A. Bendler | October 27, 2003 |
| Julia R. Stagemeyer | October 27, 2003 |
| Chase John Kugler | October 27, 2003 |
| Matthew Douglas Stagemeyer | October 27, 2003 |
| Jacob A. Bendler | October 27, 2003 |
| Douglas W. Stagemeyer | October 27, 2003 |
| Douglas W. Stagemeyer | October 28, 2003 |
| Jeff Kohl | October 28, 2003 |

**FOR DEFENDANT:**

| Name | Date |
| --- | --- |
| Chad T. Phaby (video) | October 28, 2003 |
| Lt. Gregory L. Vandenberg | October 28, 2003 |
| Tiffany Pearl Wagner | October 28, 2003 |
| Michael Craig Dowling | October 28, 2003 |
| Michael Craig Dowling | October 28, 2003 |