IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
AT_____ DISTRICT OF NEBRASKA
OCT 29 2003
Gary D. McFarland, Clerk
By_____ Deputy

| | |
|---|---|
| DOUG STAGEMEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 7:01CV5003 |
| vs. ) | |
| ) | VERDICT |
| MIKE DOWLING, ) | |
| ) | |
| Defendant. ) | |

## I. Liability

**Note:** Complete this form by writing in the names required by your verdict.

On plaintiff Doug Stagemeyer's claim against defendant Mike Dowling, as submitted in Instruction No. 7, we find in favor of

_____   or   ___Mike Dowling___
Plaintiff, Doug Stagemeyer          Defendant, Mike Dowling

## II. Damages

**Note:** Complete the following paragraph only if the above finding is in favor of plaintiff. If the above finding is in favor of defendant, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find plaintiff Doug Stagemeyer's damages to be:

$_____ (stating the amount, or if you find that plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00).

_____
Foreperson

Dated: 10/29/03

If ~~we~~ we think the plaintiff was seized, but not with excessive force, does that determine our final verdict?

*Regina Tipon*
Jury Foreperson

See Instruction No. 7.

F.A. Gossett